FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2019 DEC 10 PM 4: 53

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>PATRICK NEWCOMER,<br><br>             Defendant. | 8:19-CR 374<br><br>INDICTMENT<br><br>18 U.S.C. §§ 2115, 1708 |

The Grand Jury charges that

## COUNT I
(Burglary of a United States Post Office)

On or about September 12, 2019, in the District of Nebraska, defendant PATRICK NEWCOMER, did forcibly break into, and attempt to break into, a post office located at 237 N. 2nd Street, Arlington, Nebraska, with the intent to commit a larceny in such post office.

In violation of Title 18, United States Code, Section 2115.

## COUNT II
(Theft of Mail)

On or about September 12, 2019, in the District of Nebraska, defendant PATRICK NEWCOMER, did intentionally steal, take, and abstract letters, post cards, packages, bags, and mail from a post office located at 237 N. 2nd Street, Arlington, Nebraska, and did intentionally abstract and remove articles and things contained therein from such letters, packages, bags, and mail, to wit: mail matter addressed to T.N. containing a Two Rivers Bank debit card.

In violation of Title 18, United States Code, Section 1708.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

By: *(signature)* JODY B. MULLIS
Assistant U.S. Attorney