IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:19cr374 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STATEMENT OF OBJECTION TO** |
| | ) | **PRESENTENCE REPORT** |
| PATRICK NEWCOMER, | ) | |
| | ) | |
| Defendant. | ) | |

Patrick Newcomer, by and through his undersigned counsel, makes the following

Statement of Objection to his Presentence Investigation Report:

1. Newcomer objects to the inclusion of Paragraph 75 and denies engaging in

the behaviors alleged therein.

Newcomer views the above-appearing objection as fact-based and not raising

substantial issues of law.  Accordingly, no brief in support of the objection is tendered

herewith.

In the event the government adduces evidence in an effort to overcome his

objection, Newcomer may want to testify.  The undersigned suggests presenting

Newcomer's testimony orally, as opposed to through an affidavit, will permit the Court to

better assess his credibility.  The testimony should consume less than ten (10) minutes.

Newcomer does not require an interpreter.

Dated this 27th day of August, 2020.

PATRICK NEWCOMER, Defendant,


By    /s/ Michael J. Tasset
        Michael J. Tasset, No. 20796
        His Attorney
        Johnson & Mock, PC, LLO
        307 N. Oakland Ave.
        P.O. Box 62
        Oakland, NE  68045
        (402) 685-5647
        mtasset@johnsonandmock.com

## CERTIFICATE OF SERVICE

I, Michael J. Tasset, hereby certify that on August 27, 2020, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Jody B. Mullis, Assistant United States Attorney.


/s/ Michael J. Tasset
Michael J. Tasset