IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>PATRICK NEWCOMER,<br><br>                 Defendant. | **8:19CR374**<br><br>**ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION** |

       The defendant appeared before the Court on November 5, 2024 regarding Amended Petition for Offender Under Supervision [58].  Yvonne Sosa represented the defendant on behalf of Jeffrey Thomas. Thomas Kangior represented the government on behalf of John Higgins.  The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

       The government made an oral motion to dismiss Petition for Offender Under Supervision [53].  The government's oral motion to dismiss Petition for Offender Under Supervision [53] is granted without objection.

       The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing.  Fed. R. Crim. P. 32.1(b)(1)(A).  The Court finds probable cause as alleged in the petition to believe the defendant violated the terms of supervised release and the defendant should be held to answer for a final dispositional hearing.  Fed. R. Crim. P. 32.1(b)(1)(C).  The defendant shall appear personally for a final dispositional hearing before Chief U.S. District Judge Robert F. Rossiter, Jr. in Courtroom No. 4, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 11:30 a.m. on January 8, 2025.

       The government moved for detention based upon risk of flight and danger.  The defendant requested a continuance of the detention hearing.  The detention hearing is continued to U.S. Magistrate Judge F.A. Gossett in Courtroom No. 7, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 1:15 p.m. on November 7, 2024. The defendant will remain detained pending further order of the court.

       **IT IS SO ORDERED**.

       Dated this 5th day of November, 2024.

                                                                                                     BY THE COURT:

                                                                                                    s/ F.A. Gossett, III
                                                                                                    United States Magistrate Judge