IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19CR334 |
| | 8:19CR374 |
| vs. | |
| | ORDER FOR WRIT OF HABEAS |
| PATRICK NEWCOMER, | CORPUS AD PROSEQUENDUM |
| Defendant. | |

As requested in the government's motions (Filing Nos. 76 & 74 in 8:19cr334 and Filing Nos. 73 & 74 in 8:19cr374), which are hereby granted,

IT IS ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as requested.

DATED this 30th day of December, 2024.

BY THE COURT:

MICHAEL D. NELSON
UNITED STATES MAGISTRATE JUDGE